RECEIVED
JUL 17 2018
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| KENNETH D. JACKSON REG. # 68790-080 | : | DOCKET NO. 18-cv-0589 SECTION P |
| VERSUS | : | JUDGE DEE D DRELL |
| UNITED STATES OF AMERICA | : | MAGISTRATE JUDGE KAY |

## JUDGMENT

After an independent determination of the issues and review of the record, and noting the lack of objections, the Court concludes that the Magistrate Judge's Report and Recommendation is correct and adopts the findings and conclusions therein as its own.

Accordingly, **IT IS ORDERED** that the petition for writ of habeas corpus be **DISMISSED WITHOUT PREJUDICE** for lack of jurisdiction.

**THUS DONE AND SIGNED** in Chambers this 16th day of July, 2018.

JUDGE DEE D DRELL
UNITED STATES DISTRICT JUDGE